IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN LEE RICHES,
    Plaintiff,

vs.                                    Case No.: 3:08cv210/RV/EMT

FELIX CAVALIERE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1).  On May 30, 2008, this court entered an order construing the petition as a civil rights complaint and giving Plaintiff thirty (30) days in which to file an amended civil rights complaint pursuant to 28 U.S.C. § 1331 or a notice of voluntary dismissal; and, to pay the filing fee or submit a complete motion to proceed informa pauperis (Doc. 4).  Plaintiff failed to respond to the order; therefore, on July 3, 2008, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 5).  The time for compliance with the show cause order has now elapsed and Plaintiff has not filed an amended complaint or notice of dismissal, nor has he paid the filing fee or submitted a motion to proceed in forma pauperis.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 25<u>th</u> day of July 2008.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

       **Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**