IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN LEE RICHES,
    Plaintiff,

vs.                                    Case No.: 3:08cv210/RV/EMT

FELIX CAVALIERE, et al.,
    Defendants.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 25, 2008 (Doc. 6). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

      Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

      **DONE AND ORDERED** this 29th day of August, 2008.

                                    /s/ _Roger Vinson_
                                    **ROGER VINSON**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**